# United States District Court

NORTHERN DISTRICT OF NEW YORK

SUMMONS IN A CIVIL CASE

THOMAS A. KEARNEY,

Plaintiff,

v. CASE NUMBER: 1:14-CV-1446

BRIAN KOZLOSKI; JOSEPH CAREY; DAVID DARLING; SEELEY; S. CASAMASSIMA; RICHARD KRATZENBERG; MICHAEL HOBB; SCOTT BAILY; VILLAGE OF CATSKILL and COUNTY OF GREENE,

Defendants.

TO: all defendants

**a** lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**THOMAS A. KEARNEY - PLAINTIFF PRO SE**
**#02-B-0600**
**Auburn Correctional Facility**
**PO Box 618**
**Auburn New York 13021**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

February 4, 2015
DATE

*Nancy A. Steves*
(BY) DEPUTY CLERK