# United States District Court

NORTHERN DISTRICT OF NEW YORK

RE-ISSUED
SUMMONS IN A CIVIL CASE

THOMAS A. KEARNEY,

Plaintiff,

v. CASE NUMBER: 1:14-CV-1446

BRIAN KOZLOSKI; JOSEPH CAREY; DAVID DARLING;
SEELEY; S. CASAMASSIMA; RICHARD KRATZENBERG;
MICHAEL HOBB; SCOTT BAILY; VILLAGE OF CATSKILL
and COUNTY OF GREENE,

Defendants.

TO: SCOTT BAILY; JOSEPH CAREY; S. CASAMASSIMA; MICHAEL HOBB; RICHARD KRATZENBERG

**a** lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**THOMAS A. KEARNEY - PLAINTIFF PRO SE**
**#02-B-0600**
**Auburn Correctional Facility**
**PO Box 618**
**Auburn New York 13021**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Lawrence K. Baerman
Clerk of Court

March 24, 2015
DATE

Nancy A. Steves
(BY) DEPUTY CLERK